# Notice Recipients

District/Off: 0971–5     User: lblue     Date Created: 3/12/2020
Case: 20–50478     Form ID: 309A     Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp     Gary Dance

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Velia Elissa Dance | 4951 Cherry Ave #199 | San Jose, CA 95118 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113–3004 |
| tr | Fred Hjelmeset | P.O.Box 4188 | Mountain View, CA 94040 | |
| intp | Cherrywood Apartments | 4951 Cherry Ave | San Jose, CA 95118 | |
| intp | Chris and Emily Harris | 1724 Graham Lane | Santa Clara, CA 95050 | |
| intp | Monica Wright | 905 Coe Ave | San Jose, CA 95125 | |
| aty | Nathan David Borris | Law Offices of Nathan D. Borris | 1380 A St. | Hayward, CA 94541 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 15137133 | Alejandro Maciel | 3082 Sulfur Spring Court | San Jose, CA 95148 | |
| 15137134 | Capital One Bank | PO Box 60599 | City of Industry, CA 91716–0599 | |
| 15137135 | Care Credit | PO Box 960061 | Orlando, FL 32896–0061 | |
| 15137136 | Chris & Emily Harris | c/o Skaggs Faucette LLC | 4 Embarcadero Center | Suite 1400, PMB #72 San Francisco, CA 94111 |
| 15137137 | Chris and Emily Harris | 1724 Graham Lane | Santa Clara, CA 95050 | |
| 15137138 | County of Santa Clara | Finance Agency | Department of Tax and Collection | 852 N. 1st Street San Jose, CA 95112–6312 |
| 15137139 | KMA Emergency Services | 14275 Wicks Blvd | San Leandro, CA 94577 | |
| 15137140 | Macy's American Express | PO Box 9001108 | Louisville, KY 40290 | |
| 15137141 | Mercury Card Services | PO Box 70168 | Philadelphia, PA 19176–0168 | |
| 15137142 | Michael E. Fox | 26141 Quartz Mesa Lane | Valencia, CA 91381 | |
| 15137143 | Monina Wright | 905 Coe Ave | San Jose, CA 95125 | |
| 15137144 | Patricia Weise | 24077 2nd Street | Hayward, CA 94541 | |
| 15137145 | Receivables Performance Management LLC | 20818 44th Ave W, Suite 140 | Lynnwood, WA 98036 | |
| 15137146 | Santa Clara Valley HHS | 770 South Bascom Avenue | San Jose, CA 95128 | |
| 15137147 | Synchrony Bank | PO Box 965048 | Orlando, FL 32896–5048 | |
| 15137148 | T–Mobile | PO Box 37380 | Albuquerque, NM 87176–7380 | |
| 15137149 | TD Auto Finance | PO Box 100295 | Columbia, SC 29202–3295 | |
| 15137150 | UCSF Health | Box 0810 | San Francisco, CA 94143 | |

TOTAL: 29